# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



## CRIMINAL MINUTES - GENERAL

Case No. 17-MJ-1611                   Date  June 26, 2017

Title   United States v. Charles Edwardson Baker

Present: The Honorable   Steve Kim, U.S. Magistrate Judge

| Marc Krause | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   (IN CHAMBERS) **ORDER OF DETENTION – PROBATION/SUPERVISED RELEASE VIOLATION**

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that:

A.   ☒   Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒   ~~Lack of~~ Inadequate bail resources

☐   Refusal to interview with Pretrial Services

☒   No stable residence or employment in the charging District

☐   Previous failure to appear or violations of probation, parole, or release

☐   ~~Ties to foreign countries~~  Valid passport but not produced

☒   Allegations in petition, particularly flight from and resisting arrest

☒   Committed crime while on supervision

☒   Exposure to lengthy incarceration in underlying case and probation revocation.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No.  17-MJ-1611                                   Date  June 26, 2017

Title  United States v. Charles Edwardson Baker

B.  ☒  Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒  Nature of previous criminal convictions

    ☒  Allegations in petition, particularly flight from and resisting arrest

    ☒  Evidence of Substance abuse in record

    ☐  Already in custody on state or federal offense

    ☒  Committed crime while on supervision.

    ☒  Seriousness of state court offense.

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.